**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Robert Paul GAGNON, Pedro Valenzuela, Donald P. Storms, Glenn E. Martin, Defendants-Appellants.**

Nos. 82–1289, 82–1310, 82–1311 and 82–1350.

United States Court of Appeals, Ninth Circuit.

July 2, 1985.

Negatu Molla, Asst. U.S. Atty., Tucson, Ariz., for plaintiff-appellee.

Robert S. Wolkin, Stephen C. Villarreal, Micahel L. Piccarreta, Davis, Siegel & Gugino, L. Anthony Fines, Tucson, Ariz., for defendants-appellants.

Before WISDOM,* SKOPIL and FERGUSON, Circuit Judges.

---

* Hon. John Minor Wisdom, Senior Circuit Judge

for the Fifth Circuit, sitting by designation.

## ORDER

In accordance with the mandate of the Supreme Court in *United States v. Robert Paul Gagnon, et al.,* —— U.S. ——, 105 S.Ct. 1482, 84 L.Ed.2d 486 (1985), the judgment of convictions of all the defendants is

AFFIRMED.

The mandate shall issue forthwith.